NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MILVET LAW FIRM PLLC, DEREK DEBUS, WELSEY MCCAULEY, ANDREW LAFFON,**
*Petitioners*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2026-1469

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

March 5, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 5, 2026